IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00032-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTONE RAYMOND AUSTIN,

    Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Antone Raymond Austin before Judge Robert E. Blackburn on February 28, 2006, at 9:00 a.m. for a re-sentencing hearing, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 17th day of January, 2006.

~~ROBERT E. BLACKBURN~~ Craig B. Shaffer
UNITED STATES ~~DISTRICT COURT~~ MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO